No. 92–996. LINNE ET AL. *v.* RIDEOUTTE ET AL. C. A. D. C. Cir. Certiorari denied. 

No. 92–1110. WELLIVER *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. 

No. 92–1129. CHENG *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 92–1142. CHARTER FEDERAL SAVINGS BANK *v.* DIRECTOR, OFFICE OF THRIFT SUPERVISION, ET AL. C. A. 4th Cir. Certiorari denied. 

No. 92–1144. IMAGINEERING, INC., ET AL. *v.* KIEWIT PACIFIC CO. ET AL. C. A. 9th Cir. Certiorari denied. 

No. 92–1145. SASSER *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 92–1151. UNSECURED CREDITORS' COMMITTEE OF C–T OF VIRGINIA, INC. *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 92–1156. HURST ET AL. *v.* WILSON. C. A. 5th Cir. Certiorari denied. 

No. 92–1170. ATKINSON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 92–1293. NATIONWIDE CORP. ET AL. *v.* HOWING CO. ET AL. C. A. 6th Cir. Certiorari denied. 

No. 92–1298. SAN FRANCISCO POLICE OFFICERS ASSN. *v.* CITY AND COUNTY OF SAN FRANCISCO ET AL. C. A. 9th Cir. Certiorari denied. 

No. 92–1301. YOUMANS *v.* PRUDENTIAL INSURANCE COMPANY OF AMERICA. C. A. 4th Cir. Certiorari denied.